73 F.3d 356
NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Gregory G. ARMENTO, formerly known as Cumulus Creative
Communications, d/b/a Tradewind Marketing and
Design, Plaintiff-Appellant,
v.
CITY OF ASHEVILLE; Asheville Downtown Development Office;
Leslie Anderson, Director, Defendants-Appellees.
 No. 95-2235.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 14, 1995.
Decided Dec. 26, 1995.
 
 Gregory G. Armento, Appellant Pro Se. John Henderson Hasty, George Bryan Adams, III, WAGGONER, HAMRICK, HASTY, MONTEITH & KRATT, Charlotte, North Carolina, for Appellees.
 Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his motions to compel discovery, for sanctions, and to stay the calendar. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See North Carolina Ass'n of Black Lawyers v. North Carolina Bd. of Law Examiners, 538 F.2d 547 (4th Cir.1976).
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED